# Court of Appeals
# of the State of Georgia

ATLANTA,  April 17, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1206.  ALL IN ONE MORTGAGE & FINANCIAL, INC. v. COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC et al.**

All In One Mortgage & Financial, Inc. sued Comcast Cable Communications Management, LLC and two related companies (collectively, "Comcast") for damages. On December 16, 2013, the state court entered an order granting summary judgment to Comcast.  On January 13, 2014, All In One attempted to file a notice of appeal, but apparently failed to pay the $25 filing fee that the state court is permitted to collect under OCGA § 15-6-77.3 (b).  The state court clerk's office stamped the notice of appeal "Received," but did not file it.  On January 21, 2014, All In One submitted an amended notice of appeal and apparently paid the $25 filing fee.  The original and amended notice of appeal were both stamped "Filed" on January 21, 2014.  Comcast has moved to dismiss this appeal as untimely.  For reasons that follow, we must grant the motion.

A notice of appeal must be filed within 30 days after entry of the order to be appealed.  OCGA § 5-6-38 (a).  "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).  Here, All In One's notice of appeal was not filed until January 21, 2014 – 36 days after entry of the order that All In One seeks to appeal.  Although All In One attempted to file the notice of appeal eight days earlier, the clerk of the state court elected not to file the notice without payment of the filing fee.  See *Slater v. Spence*, 246 Ga. App. 365, 367 (540 SE2d 638) (2000) (clerk "may justifiably refuse" to file a pleading "until the proper fees have been paid").  Instead, the clerk stamped the document "Received."  But

"having someone in the clerk's office stamp a pleading as received is not the same as filing the pleading." *Brown v. Webb*, 224 Ga. App. 856, 857 (482 SE2d 382) (1997); compare *Pirkle v. Quiktrip Corp.*, __ Ga. App. __ (754 SE2d 387) (Case No. A13A1789, decided January 24, 2014) (notice of appeal was timely because clerk chose to file it despite nonpayment of filing fee). Because the notice of appeal was not timely filed, we lack jurisdiction to consider the appeal. Comcast's motion to dismiss is therefore GRANTED, and the appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/17/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.